NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-426

DEBORAH FONTENOT WEST

VERSUS

DONALD JAMES WEST

**********

APPEAL FROM THE
THIRTEENTH JUDICIAL DISTRICT COURT
PARISH OF EVANGELINE, NO. 61482
HONORABLE THOMAS F. FUSELIER, DISTRICT JUDGE

**********

NED E. DOUCET, JR.
CHIEF JUDGE

**********

Court composed of Ned E. Doucet Jr., Chief Judge, Oswald A. Decuir, and Marc T. Amy, Judges.

AFFIRMED.

John H. Pucheu
P.O. Box 1109
Eunice, LA 70535
Counsel for Defendant-Appellant
    Donald James West

Kenneth Eric LaFleur
P. O. Box 617
Ville Platte, LA 70586
Counsel for Plaintiff-Appellee
    Deborah Fontenot West